IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERA LEE LYNCH PINKSTON,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

                              /

No. C 14-04093 WHA

**REQUEST RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

       On September 9, *pro se* plaintiff Vera Lee Lynch Pinkston filed an application to proceed in forma pauperis but her responses therein were incomplete. By **NOON ON SEPTEMBER 22, 2014**, Ms. Pinkston shall please file an amended application, completing all relevant responses, signed under penalty of perjury. In pertinent part, please include full and complete responses to question numbers 1, 2a, 2e (please state the "amount received"), and 7 (please state the "present balance" and cash "amount"). Failure to file an amended application may result in a denial of leave to proceed in forma pauperis. Ms. Pinkston should also review the procedural order for social security review actions for relevant deadlines and the scope of the Court's review in such actions (Dkt. No. 3).

     **IT IS SO ORDERED.**

Dated: September 10, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE