IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERA LEE LYNCH PINKSTON,

    Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. C 14-04093 WHA

**ORDER TO SHOW CAUSE**

On September 9, *pro se* plaintiff Vera Lee Lynch Pinkston filed a "complaint for judicial review of decision of commissioner of social security." She, however, alleged "identity theft" and "stolen / loss SSN," stating that "someone in the Glendale office gave my social security number to a woman white/black and took it too [sic] New York and bought a house and stole my business - SSI. Also, my business and its income" (Dkt. No. 1). She then filed an incomplete application to proceed *in forma pauperis*. She was given additional time to complete her application. When nothing more was filed, her application was denied without prejudice to a fresh application with complete answers. The Clerk's office then issued a notice requesting payment of the docketing fee.

No fees have been paid; it is unclear whether defendant has been properly served; and there are no pending motions even though two months have came and gone. Accordingly, plaintiff has until **DECEMBER 11, 2014 AT NOON** to show cause why this action should not be dismissed. If no response is timely filed, this action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 1, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE