IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERA LEE LYNCH PINKSTON,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. C 14-04093 WHA

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

*Pro se* plaintiff Vera Lee Lynch Pinkston filed a "complaint for judicial review of decision of commissioner of social security" on September 9, 2014. Since then she has taken no steps to advance this action. She has failed to pay the docketing fee, failed to show proof that defendant was served, and failed to file anything since September 9. A prior order to show cause gave plaintiff one more chance to show cause why this action should not be dismissed and warned her that failure to respond would result in dismissal. Nothing was filed.

Accordingly, this order finds that plaintiff has failed to prosecute this action and failed to respond to the order to show cause. This action is hereby **DISMISSED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE